PLAINTIFF: AFSHIN TIRAIE
601 ALMARIDA DRIVE #T-3
CAMPBELL, CA 95008

DEFENDANT: GAVILAN JOINT COMMUNITY
COLLEGE DISTRICT
5055 SANTA TERESA BLVD
GILROY, CA 95020

E-FILING

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

NOV 06 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CV 18 6727

SVK

**Afshin Tiraie**
Plaintiff,

vs.

**Gavilan Joint Community College District**
Defendant(s).

CASE NO._____

EMPLOYMENT DISCRIMINATION
COMPLAINT

1. Plaintiff resides at:

Address  601 Almarida Drive #T-3

City, State &Zip Code  Campbell, CA 95008

Phone  (408)313-0215

2. Defendant is located at:

Address  5055 Santa Teresa Blvd

City, State &Zip Code  Gilroy, CA 95020

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

a. Failure to employ me.

b. Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

c.   Failure to promote me.

d. * Other acts as specified below.

Retaliation for filing a charge of discrimination with the EEOC

5.   Defendant's conduct is discriminatory with respect to the following:

a.   My race or color.

b. * My religion.

c. * My sex.

d. * My national origin.

e. * Other as specified below.

Age

6.   The basic facts surrounding my claim of discrimination are:

1. Not affording me any teaching assignments while other instructors outside my protected class who lacked my experience and seniority were assigned at least two courses to teach each semester.
2. Retaliating for participating in protected activities such as demanding explanation for reduced teaching assignments and filing a charge of discrimination with the EEOC.

7.   The alleged discrimination occurred on or about   9/5/2018 .

(DATE)

8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the

California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                   - 2 -

discriminatory conduct on or about        9/12/2018.

(DATE)

9.       The Equal Employment OpportunityCommission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about        9/13/2018.

(DATE)

10.      Plaintiff hereby demands a jury forall claims for which a juryis permitted:

Yes   *        No ____

11.      WHEREFORE, plaintiff prays that the Court grant such relief as maybe appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: __11 / 6 / 2018__        _____

SIGNATURE OF PLAINTIFF

(PLEASENOTE: NOTARIZATION        _____

IS NOT REQUIRED.)        PLAINTIFF'S NAME

(Printed or Typed)

Form-Intake 2 (Rev. 4/13)        - 3 -