UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSHIN TIRAIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVILAN JOINT COMMUNITY COLLEGE DISTRICT,<br><br>　　　　Defendant. | Case No. 18-cv-06727-SVK<br><br>**ORDER REGARDING PLAINTIFF'S AUGUST 18, 2019 DISCOVERY LETTER**<br><br>Re: Dkt. No. 50 |

The Court held a hearing on Plaintiff's discovery dispute. Dkt. 50. Plaintiff, pro se, and counsel for Defendant, Mark Davis, appeared. The Court reviewed its prior order of June 13, 2019 (Dkt. 39) regarding related discovery disputes with the Parties. For the reasons discussed at the hearing, Plaintiff's discovery request is **GRANTED IN PART AND DENIED IN PART**. The Court **ORDERS** Defendant to produce the resumes of Mr. Grace and Ms. Potter to Plaintiff by **3:00 p.m. on Wednesday, August 21, 2019.** Plaintiff is reminded of the restrictions on the use of documents produced in this litigation pursuant to the Protective Order. Dkt. 47.

**SO ORDERED.**

Dated: August 20, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge